UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARK WAYNE CLARK, | ) | CASE NO. C04-1647-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF THE |
| | ) | OPPORTUNITY TO PROVIDE |
| DEAN MASON, et al., | ) | CURRENT SERVICE INFORMATION |
| | ) | FOR DEFENDANT DOUGLAS |
| Defendants. | ) | WINGINTON |
| _____ | ) | |

Defendants have filed their response to the Order to Show Cause pertaining to the failure of Defendant Douglas Winginton, the sole remaining unserved defendant, to return a signed Waiver of Service. (Dkt. 140)  Attached to defendants' response is the Declaration of Gloria Fairchild (Dkt. 140-2), who is the Secretary Administrator / Legal Liaison to the Associate Superintendent at Washington State Reformatory in Monroe.  Ms. Fairchild states that Defendant Winginton is no longer employed by the State of Washington and has, to the best of her knowledge, relocated out of the country.

The Court is satisfied that defendants have exhausted all reasonable efforts to locate and/or forward a Waiver of Service to Defendant Winginton.  Plaintiff is advised that, if he still wants Defendant Winginton to be served with his complaint in this matter, he will need to provide the

Court with Defendant Winginton's current service information, specifically a current mailing address.

Plaintiff shall have **30 (thirty) days** from the date of this Order to provide the Clerk of the Court with current service information for Defendant Winginton. If plaintiff does not provide sufficient information to serve Defendant Winginton, the Court will proceed to issue a scheduling order that will apply to the existing defendants.

The Clerk is directed to provide a copy of this Order to counsel for defendants and to the Honorable John C. Coughenour.

DATED this  17th  day of  January , 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF THE OPPORTUNITY TO
PROVIDE CURRENT SERVICE INFORMATION FOR
DEFENDANT DOUGLAS WINGINTON
PAGE -2