UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARK WAYNE CLARK, | ) | CASE NO. C04-1647-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| DEAN MASON, et al., | ) | TO FILE REPLY |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a motion for an extension of time to file a reply to defendants' response to plaintiff's motion for leave to conduct more than ten depositions, which is the presumptive limit set by Federal Rule of Civil Procedure 30(a)(2)(A). Plaintiff seeks until August 2, 2006, to file a reply. Having considered the motion and the balance of the record, the court does hereby find and ORDER:

(1) Plaintiff's motion for an extension of time to file a reply (Doc. #185) is GRANTED. Plaintiff shall file a reply no later than August 2, 2006. No further extensions shall be granted absent extraordinary circumstances.

(2) The Clerk shall RENOTE plaintiff's motion for leave to conduct more than ten

01 depositions, for consideration on August 4, 2006.

02     (3)    The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

03 defendants, and to the Honorable John C. Coughenour.

04     DATED this <u>31st</u> day of July, 2006.

                                                  /s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE REPLY
PAGE -2