UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK WAYNE CLARK, ) | CASE NO. C04-1647-JCC-MAT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANTS' |
| v. ) | MOTION TO FILE OVER-LENGTH |
| ) | BRIEF |
| DEAN MASON, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants have filed a motion to file an over-length brief in support of a motion for summary judgment. (Dkt. #205). Defendants request permission to exceed the 24-page limit prescribed by Local Rule CR 7(e)(3) by 12 pages. Having considered the motion and the balance of the record, the court does hereby find and ORDER:

(1)   Defendants' motion to file an over-length brief (Dkt. #205) is GRANTED. Pursuant to Local Rule CR 7(f)(4), plaintiff's opposition to the motion for summary judgment is automatically allowed an equal number of pages, *i.e.*, 36 pages. Any reply by defendants shall not exceed 18 pages, pursuant to Local Rule CR 7(f)(4).

/ / /

ORDER GRANTING DEFENDANTS'
MOTION TO FILE OVER-LENGTH BRIEF
PAGE -1

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 7th day of December, 2006.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge