01

02

03

04

05

06                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  MARK WAYNE CLARK,                        )    CASE NO. C04-1647-JCC-MAT
                                             )
09          Plaintiff,                       )
                                             )    ORDER GRANTING PLAINTIFF'S
10          v.                               )    MOTION FOR EXTENSION OF TIME
                                             )    TO FILE MOTION FOR
11  DEAN MASON, et al.,                      )    RECONSIDERATION
                                             )
12          Defendants.                      )
    _____ )
13

14          Plaintiff has filed a motion for an extension of time to file a motion for reconsideration of

15  the Order issued by the Court on December 27, 2006.  Plaintiff seeks until January 11, 2007, to

16  file the motion for reconsideration.  Having considered the motion for an extension of time and

17  the balance of the record, the Court does hereby find and ORDER as follows:

18          (1)     Plaintiff's motion for an extension of time to file a motion for reconsideration (Dkt.

19  #217) is GRANTED.  Plaintiff shall file a motion for reconsideration no later than January 11,

20  2007.  The court, however, advises plaintiff to focus his energies on preparing his response to

21  defendants' pending motion for summary judgment, which is due by March 12, 2007.  (Dkt. #213

22  at 2).  No further extensions shall be granted absent extraordinary circumstances.

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR
RECONSIDERATION
PAGE -1

01      (2)    The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

02  defendants, and to the Honorable John C. Coughenour.

03       DATED this <u>9th</u> day of January, 2006.

04

Mary Alice Theiler
United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO FILE MOTION FOR
RECONSIDERATION
PAGE -2