UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARK WAYNE CLARK, | ) | CASE NO. C04-1647-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR RESPONSE TO |
| v. | ) | PLAINTIFF'S MOTION FOR |
| | ) | RECONSIDERATION |
| DEAN MASON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On January 12, 2007, plaintiff filed a motion for reconsideration. (Dkt. #220). Having considered the motion, the Court hereby ORDERS as follows:

(1)  Pursuant to Local Rule CR 7(h)(3), defendants shall file a response to plaintiff's motion for reconsideration no later than January 29, 2007.

(2)  The Clerk shall RENOTE plaintiff's motion (Dkt. #220) for consideration on February 2, 2007. The Clerk is further directed to send a copy of this Order to counsel for defendants, to plaintiff, and to the Honorable John C. Coughenour.

DATED this <u>22nd</u> day of January, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER FOR RESPONSE TO PLAINTIFF'S
MOTION FOR RECONSIDERATION
PAGE -1