UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARK WAYNE CLARK, | ) | CASE NO. C04-1647-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER STRIKING PLAINTIFF'S |
| v. | ) | SUPPLEMENTAL RESPONSE TO |
| | ) | DEFENDANTS' MOTION FOR |
| DEAN MASON, et al., | ) | SUMMARY JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 10, 2007, the court denied a motion by plaintiff for an extension of time to file a supplemental response addressing "due process" arguments presented in defendants' motion for summary judgment. (Dkt. #251). On April 11, 2007, plaintiff filed the supplemental response, notwithstanding the court's Order. Apparently, plaintiff's supplemental response and the court's Order denying him permission to file it, crossed in the mail. Accordingly, the court hereby finds and ORDERS as follows:

(1) The Clerk shall STRIKE plaintiff's supplemental response (Dkt. #254) as untimely; and

/ / /

ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
PAGE -1

(2)     The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable John C. Coughenour.

DATED this 17th day of April, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL
RESPONSE TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT
PAGE -2